[No. 4521-1  Division One.  February 7, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. CARNELL GARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 75459, James J. Dore, J., entered March 1, 1976. *Dismissed* by unpublished per curiam opinion.